

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00505-CR

Jorge **IZQUIERDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR10739
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 22, 2024.

_____
Luz Elena D. Chapa, Justice